UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED GUARDS OF AMERICA LOCAL 100,<br><br>　　　　Plaintiff,<br>v.<br><br>BOUTCHANTHARAJ CORPORATION d/b/a DFW SECURITY PROTECTIVE FORCE,<br><br>　　　　Defendants. | Case No. CIV-25-362-R |

**ORDER**

The Court previously determined that the entry of a default judgment against Defendant was appropriate but requested Plaintiff provide additional information regarding the amount of damages requested. *See* Order dated August 7, 2025 [Doc. No. 8]. Plaintiff has now submitted a Supplemental Brief [Doc. No. 12] clarifying the amount and character of damages it seeks. After considering the information, the Court finds as follows.

Plaintiff seeks default judgment against Defendant to confirm and enforce an arbitration award. Plaintiff has submitted the arbitration order [Doc. No. 1-1] and supplemental award [Doc. No. 1-2] setting out the arbitrator's ruling and award, which includes the total amount of compensation and interest rate. Plaintiff's supplemental brief includes the total amount due, including principal and interest. Based on this information, default judgment to enforce the arbitration award is appropriate under Federal Rule of Civil Procedure 55 and no hearing as to the amount of damages is necessary. *See* United States v. Craighead, 176 F. App'x 922, 925 (10th Cir. 2006) ("If defendant does not contest the

amount prayed for in the complaint by failing to answer and the claim is for a sum certain or a sum that can be made certain by computation, the judgment generally will be entered for that amount without any further hearing." *United States v. Craighead*, 176 F. App'x 922, 925 (10th Cir. 2006) (quotation and brackets omitted).

Accordingly, Plaintiff's Motion [Doc. No. 7] requesting the entry of default judgment is GRANTED. The Court confirms, recognizes, and enforces the Arbitrator's order and supplemental award in favor of Plaintiff.

IT IS SO ORDERED this 8th day of September, 2025.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE